## (June 22, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD E. DE GROAT, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent. — Motion for permission to proceed as a poor person and assignment of counsel upon appeal from an order denying a motion for reargument denied, on the ground the order sought to be reviewed is not appealable. (For prior appeal, see *People ex rel. De Groat* v. *Wallack*, 16 A D 2d 994.) Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN GILES, Appellant.— Motion to dismiss appeal granted. Defendant may raise the question whether he was prevented by prison authorities from filing a timely notice of appeal by application to the County Court for a writ of error *coram nobis*. (See *People* v. *Hairston*, 10 N Y 2d 92.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.